THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* BERTHA SHKILKY, Respondent.

*Crimes — tenement houses — judgment of conviction of violation of Tenement House Act properly reversed.*

*People* v. *Shkilky*, 201 App. Div. 55, affirmed.

(Argued November 24, 1925; decided December 8, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1922, which reversed a judgment of the Court of Special Sessions in the city of

New York convicting the defendant of a violation of sections 120, 121 and 122 of the Tenement House Law in having converted a one-family dwelling house into a tenement house without compliance with the requirements of said act.

*George P. Nicholson, Corporation Counsel (Michael J. Kelly, John F. O'Brien* and *Joseph I. Berry* of counsel), for appellant.

*Jacob Bernstein* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.